RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 1/12/2010
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ROBIN L. BROWN<br>LA. DOC #450511 | CIVIL ACTION NO. 09-1511 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WARDEN DEVILLE, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that Plaintiff's Civil Rights Complaint be **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of FRCP Rule 41(b).

MONROE, LOUISIANA, this 12 day of January, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE